230 P.3d 381

# SUPREME COURT OF HAWAI'I

**February 22, 2010**

| 29377 | State v. Anderson | Vacated and Remanded |

**March 31, 2010**

| 28833 | State v. Shitanishi | Vacated and Remanded |